IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MONIQUE BARRON,

    Plaintiff,

v.                                CASE NO.: 4:08cv587-SPM/WCS

STATE OF FLORIDA,
DEPARTMENT OF HEALTH,

    Defendant.
_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, Plaintiff's Motion for Order Enlarging Time for Service of Response to Summary Judgment to September 7, 2009, (doc. 25) is granted. Plaintiff shall have up to and including September 7, 2009, to file and serve her response to the motion for summary judgment.

SO ORDERED this 24th day of August, 2009.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge